UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Beverly Barnett,
     Plaintiff

v.                              Case No.  1:12-cv-532

Commissioner of
Social Security,
     Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 11, 2013 (Doc. 12).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter <u>de</u> <u>novo</u> pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The decision of the Commissioner to deny plaintiff Disability Insurance Benefits and Supplemental Security Income is **REVERSED**, and this case is **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

Date: July 3, 2013                                    s/Sandra S. Beckwith
                                                               Sandra S. Beckwith, Senior Judge
                                                               United States District Court